IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOLDEN EAGLE TAVERN, INC., and ANH HUYNH, owner,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LANCASTER, LANCASTER CITY BOARD OF HEALTH, KIM WISSLER, in her individual capacity, JAMES DOUNTAS, in his official and individual capacities, and GARY HORNING, in his individual capacity,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 13-1426 |

## ORDER

**AND NOW**, this   4th   day of March, 2014, upon consideration of the Motion to Dismiss of Defendant, James Dountas (Docket No. 21) and Plaintiffs' Response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED and Defendant James Dountas is DISMISSED from this action with prejudice.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.